IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE ANTONIO MOURAO,

          Petitioner,

    v.

BRIAN MCSHANE, et al.,

          Respondents.

CIVIL ACTION
NO. 26-973

## **ORDER**

**AND NOW**, this 26th day of March 2026, upon receipt of the Joint Status Report that the Petitioner was given a bond hearing (Doc. No. 6), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.